UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

ERICK GONZALEZ

AFFIDAVIT OF CONTRIBUTION
Chapter 13

Case No.: 18-44118 NHL

            Debtor.
-------------------------------------------------------X
STATE OF NEW YORK    )
                           ) SS:
COUNTY OF KINGS    )

        Diana Morales, under penalties of perjury, affirms as follows:

        1.    I am the domestic partner of the above referenced debtors who filed a chapter 13 bankruptcy case in the Eastern District of New York on July 18, 2018.

        2.    I live with the debtor at the property located at 534 47th Street, brooklyn, New York ("Property"). Erick and I pool our income to cover the household expenses.

        3.    I work for NYU Langione Hospital, located at 550 First Avenue, New York, New York, as a dental assistant. I have held this position for 20 years.

        4.    I earn approximately $2650.00 per month, and I contribute that sum to the payment of the household expenses listed in schedule J of the bankruptcy petition.

        5.    I have the capacity to contribute due to my employment income. I have the commitment because the debtor is my domestic partner, and I reside at the Property with him.

                                                  _____
                                                  DIANA MORALES

sworn to before me this
20 Day of April 2017

_____
NOTARY PUBLIC

        ROBERT NEIL NADEL
   Notary Public, State of New York
        No. 02NA6208542
     Qualified in Suffolk County
  Commission expires July 06, 20__

**NYU Langone Hospital-Brooklyn**
550 First Avenue, New York, NY 10016
(212) 404-4200

| | |
|---|---|
| Pay Group: | 451-LMC Biwk NonExempt |
| Pay Begin Date: | 07/08/2018 |
| Pay End Date: | 07/21/2018 |

| | |
|---|---|
| Business Unit: | LMCBU |
| Advice #: | 000000002539221 |
| Advice Date: | 07/27/2018 |

| | |
|---|---|
| Employee ID: | |
| Department: | L55765-Dentistry |
| Hourly Shift Rate: | |
| Job Title: | |
| Annual Base: | $39,989.26 Annual |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct: | 0.000 | 0.000 |
| Addl. Amt: | 0.00 | 0.00 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 20.507313 | 67.50 | 1,384.25 | 988.00 | 20,261.29 |
| Sick Pay Union | 20.507313 | 7.50 | 153.80 | 30.00 | 615.21 |
| Overtime 1.5 Hours | 30.760970 | 16.00 | 492.18 | 166.50 | 5,121.70 |
| Allowance for Uniform | | | 0.00 | | 87.50 |
| Free Day | | | 0.00 | 15.00 | 307.60 |
| Holiday | | | 0.00 | 54.50 | 1,117.63 |
| Vacation | | | 0.00 | 37.50 | 769.02 |
| Total: | | 91.00 | 2,030.23 | 1,291.50 | 28,279.95 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 259.17 | 3,491.06 |
| Fed MED/EE | 29.44 | 408.79 |
| Fed OASDI/EE | 125.87 | 1,747.93 |
| NY Withholdng | 98.47 | 1,333.98 |
| NY NEW YORK Withholdng | 66.49 | 903.46 |
| Total | 579.44 | 7,885.22 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 1199 Dues | 30.76 | 461.40 |
| Farmington | 125.79 | 1,745.53 |
| United Way Charity | 2.50 | 37.50 |
| Political Action Fund | 0.00 | 35.00 |
| Total: | 159.05 | 2,279.43 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 1199 Benefits | 669.98 | 9,332.38 |
| 1199 Child Care | 10.15 | 141.39 |
| 1199 Pension | 218.45 | 3,042.93 |
| 1199 Job Security | 5.08 | 70.70 |
| 1199 Training | 10.15 | 141.39 |
| ** Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,030.23 | 2,030.23 | 579.44 | -159.05 | 1,291.74 |
| YTD: | 28,279.95 | 28,192.45 | 7,885.22 | 2,279.43 | 18,115.30 |

| YEAR TO DATE | VACATION | FREE |
|---|---|---|
| Beginning Balance: | 39.17 | 7.50 |
| Accrued/Earned: | 75.00 | 15.00 |
| Used: | 7.50 | 15.00 |
| Adjustments: | 0.00 | 0.00 |
| Total Hours Remaining: | 106.67 | 7.50 |

**NET DISTRIBUTION**

| | |
|---|---|
| Advice #000000002539221 | 1,291.74 |
| Total | 1,291.74 |

NOTE: Balance and accruals reflected thru current pay period end date.

Retirement Plan Message: Your pay stub shows the last Retirement Plan employer contribution (if eligible) made on the base salary from your prior check.

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $100.00 |
| Checking | $1,191.74 |
| Total: | $1,291.74 |

| NYU Langone Hospital-Brooklyn<br>550 First Avenue, New York, NY 10016<br>(212) 404-4200 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 451-LMC Biwk NonExempt<br>07/22/2018<br>08/04/2018 | Business Unit: LMCBU<br>Advice #: 000000002553244<br>Advice Date: 08/10/2018 |
|---|---|---|---|

| | Employee ID:<br>Department: L55765-Dentistry<br>Hourly Shift Rate:<br>Job Title:<br>Annual Base: $39,989.26 Annual | TAX DATA: | Federal | NY State |
|---|---|---|---|---|
| | | Marital Status: | Single | Single |
| | | Allowances: | 0 | 0 |
| | | Addl. Pct: | 0.000 | 0.000 |
| | | Addl. Amt: | 0.00 | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Overtime 1.5 Hours | 30.760970 | 17.66 | 543.24 | 184.16 | 5,664.94 |
| Regular Pay | 20.507313 | 75.00 | 1,538.05 | 1,063.00 | 21,799.34 |
| Allowance for Uniform | | | 0.00 | | 87.50 |
| Sick Pay Union | | | 0.00 | 30.00 | 615.21 |
| Free Day | | | 0.00 | 15.00 | 307.60 |
| Holiday | | | 0.00 | 54.50 | 1,117.63 |
| Vacation | | | 0.00 | 37.50 | 769.02 |
| **Total:** | | 92.66 | 2,081.29 | 1,384.16 | 30,361.24 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 270.40 | 3,761.46 |
| Fed MED/EE | 30.18 | 438.97 |
| Fed OASDI/EE | 129.04 | 1,876.97 |
| NY Withholdng | 101.71 | 1,435.69 |
| NY NEW YORK Withholdng | 68.60 | 972.06 |
| **Total** | 599.93 | 8,485.15 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 1199 Dues | 30.76 | 492.16 |
| Farmington | 125.79 | 1,871.32 |
| Political Action Fund | 5.00 | 40.00 |
| United Way Charity | 2.50 | 40.00 |
| **Total:** | 164.05 | 2,443.48 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 1199 Benefits | 686.83 | 10,019.21 |
| 1199 Child Care | 10.41 | 151.80 |
| 1199 Pension | 223.95 | 3,266.88 |
| 1199 Job Security | 5.20 | 75.90 |
| 1199 Training | 10.41 | 151.80 |
| ** Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,081.29 | 2,081.29 | 599.93 | 164.05 | 1,317.31 |
| YTD: | 30,361.24 | 30,273.74 | 8,485.15 | 2,443.48 | 19,432.61 |

### NET DISTRIBUTION

| Advice #000000002553244 | 1,317.31 |
|---|---|
| Total: | 1,317.31 |

| YEAR TO DATE | VACATION | FREE |
|---|---|---|
| Beginning Balance: | 39.17 | 7.50 |
| Accrued/Earned: | 87.50 | 15.00 |
| Used: | 7.50 | 15.00 |
| Adjustments: | 0.00 | 0.00 |
| Total Hours Remaining: | 119.17 | 7.50 |

NOTE: Balance and accruals reflected thru current pay period end date.

Retirement Plan Message: Your pay stub shows the last Retirement Plan employer contribution (if eligible) made on the base salary from your prior check.

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $100.00 |
| Checking | $1,217.31 |
| Total: | $1,317.31 |

**NYU Langone Hospital-Brooklyn**
550 First Avenue, New York, NY 10016
(212) 404-4200

| Pay Group: | 451-LMC Biwk NonExempt | Business Unit: | LMCBU |
|---|---|---|---|
| Pay Begin Date: | 06/24/2018 | Advice #: | 000000002525169 |
| Pay End Date: | 07/07/2018 | Advice Date: | 07/13/2018 |

| Employee ID: | | TAX DATA: | Federal | NY State |
|---|---|---|---|---|
| Department: | L55765-Dentistry | Marital Status: | Single | Single |
| Hourly Shift Rate: | | Allowances: | 0 | 0 |
| Job Title: | | Addl. Pct: | 0.000 | 0.000 |
| Annual Base: | $39,989.26 Annual | Addl. Amt: | 0.00 | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 20.507313 | 66.50 | 1,363.74 | 920.50 | 18,877.04 |
| Holiday | 20.507313 | 8.50 | 174.31 | 54.50 | 1,117.63 |
| Overtime 1.5 Hours | 30.760970 | 15.00 | 461.41 | 150.50 | 4,629.52 |
| Allowance for Uniform | | | 0.00 | | 87.50 |
| Sick Pay Union | | | 0.00 | 22.50 | 461.41 |
| Free Day | | | 0.00 | 15.00 | 307.60 |
| Vacation | | | 0.00 | 37.50 | 769.02 |
| **Total:** | | **90.00** | **1,999.46** | **1,200.50** | **26,249.72** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 252.40 | 3,231.89 |
| Fed MED/EE | 28.99 | 379.35 |
| Fed OASDI/EE | 123.97 | 1,622.06 |
| NY Withholdng | 96.53 | 1,235.51 |
| NY NEW YORK Withholdng | 65.21 | 836.97 |
| **Total** | **567.10** | **7,305.78** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 1199 Dues | 30.76 | 430.64 |
| Farmington | 125.79 | 1,619.74 |
| Political Action Fund | 5.00 | 35.00 |
| United Way Charity | 2.50 | 35.00 |
| **Total:** | **164.05** | **2,120.38** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 1199 Benefits | 659.82 | 8,662.40 |
| 1199 Child Care | 10.00 | 131.24 |
| 1199 Pension | 215.14 | 2,824.48 |
| 1199 Job Security | 5.00 | 65.62 |
| 1199 Training | 10.00 | 131.24 |
| ** Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,999.46 | 1,999.46 | 567.10 | 164.05 | 1,268.31 |
| YTD: | 26,249.72 | 26,162.22 | 7,305.78 | 2,120.38 | 16,823.56 |

| YEAR TO DATE | VACATION | FREE |
|---|---|---|
| Beginning Balance: | 39.17 | 7.50 |
| Accrued/Earned: | 75.00 | 15.00 |
| Used: | 7.50 | 15.00 |
| Adjustments: | 0.00 | 0.00 |
| Total Hours Remaining: | 106.67 | 7.50 |

| NET DISTRIBUTION | |
|---|---|
| Advice #000000002525169 | 1,268.31 |
| Total: | 1,268.31 |

NOTE: Balance and accruals reflected thru current pay period end date.

Retirement Plan Message: Your pay stub shows the last Retirement Plan employer contribution (if eligible) made on the base salary from your prior check

| DIRECT DEPOSIT DISTRIBUTION | |
|---|---|
| Account Type | Deposit Amount |
| Checking | $100.00 |
| Checking | $1,168.31 |
| Total: | $1,268.31 |