UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION
IN RE

ERICK GONZALEZ,

DEBTOR.

CHAPTER 13

CASE NO. 18-44118

JUDGE: Nancy Hershey Lord

## AFFIRMATION IN FURTHER SUPPORT OF
## OBJECTION TO LOSS MITIGATION REQUEST

Katherine Heidbrink, attorney for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, affirms under penalty as follows:

1. I am a Bankruptcy Attorney with Shapiro, DiCaro & Barak, LLC, attorneys for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Seterus"), and am familiar with the facts and circumstances surrounding this matter.

2. Seterus holds a mortgage on the Debtor's real property located at 534 47th Street, Brooklyn, NY 11220 (the "Property").

3. This Affirmation in Further Support (the "Affirmation") is submitted in reply to the Response to Bank's Objection to Debtor's Request for Loss Mitigation filed on August 23, 2018 by the Debtor (the "Response").

4. The Response avers that the Debtor's domestic partner Diana Morales will contribute to any mortgage modification that may occur, resulting in a gross monthly household income of approximately $10,500 and an affordable modified payment.

5. However, in July 2018, shortly before the Debtor filed the instant Ch. 13 bankruptcy, Seterus gave the Debtor two good faith reviews for a loan modification, both of which resulted in denials. Copies of the denial letters are affixed to the Objection to Loss Mitigation filed on August 13, 2018.

6. Seterus' loan on the Property is a Fannie Mae loan. As such, July 2018 review included a review for the Fannie Mae Flex Modification, which requires a reduction of the Debtor's monthly

LM:9(06/12/2013)
18-074463

principal and interest payment. For more information, please see more at: https://www.fanniemae.com/content/fact_sheet/fanniemae-flex-modification-fact-sheet.pdf.

7. Seterus' July 2018 loan modification review also requested non-delegated review of the loan from Fannie Mae as an exception to the Fannie Mae Flex Modification denial. Said review also resulted in a denial.

8. The declined terms & amounts from the July 2018 review are as follows. The loan term was extended to 480 months. The pre-modification unpaid principal balance was $449,159.01. The capitalized amount was $296,866.05, inclusive of escrow advances, fees and costs, delinquent interest. The modified total loan amount was $746,025.06. The interest rate was reduced from 6.25% to 4.625%. The modified principal & interest payment would increase from the current $2,863.08 to $3,425.27. The modified total monthly payment, inclusive of escrow, would increase from $3,350.77 to $4,151.66.

9. Since the Fannie Mae Flex Modification requires a monthly principal & interest payment reduction, which could not be achieved in July 2018, Ms. Morales' contribution will not change the outcome of that denial.

10. The Response implies that Ms. Morales' monthly contribution will cause approval of a modification in a Non-Delegated Review, due to alleged affordability. However, this is extremely unlikely for two reasons. First, the Response uses a total monthly payment of $3,440.85, inclusive of escrow, which is unrealistically low. In July 2018, modified total monthly payment, inclusive of escrow, would have been $4,151.66, and this amount is likely to have increased due to additional interest arrears since that time. Second, during the July 2018 review, Seterus already requested a Fannie Mae Non-Delegated Review. This loan modification review type allows for increased monthly payments as an exception. However, in this particular case, the exception request was denied just last month.

11. Since the Debtor was denied for all modification options during the month in which he filed bankruptcy, Seterus respectfully objects to loss mitigation on the grounds of duplicativeness and mootness.

**WHEREFORE** the undersigned respectfully requests the Court to deny the Debtor's Request for

LM:9(06/12/2013)
18-074463

Loss Mitigation; together with such other and further relief as may be just and proper.

Date: August 27, 2018

/s/ Katherine Heidbrink
Katherine Heidbrink
Bankruptcy Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
One Huntington Quadrangle, Suite 3N05
Melville, NY  11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

LM:9(06/12/2013)
18-074463

**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Seterus, Inc. as the authorized subservicer
for Federal National Mortgage Association ("Fannie
Mae"), a corporation organized and existing under the laws
of the United States of America
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Katherine Heidbrink**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| ERICK GONZALEZ, | CASE NO. 18-44118 |
| DEBTOR. | |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      )ss:
COUNTY OF SUFFOLK     )

I, Molly Miller, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Suffolk County, New York.

On August 27, 2018 I served the within Affirmation in Further Support of Objection to Loss Mitigation Request upon:

TO:    Debtor
        Erick Gonzalez
        534 47th Street
        Brooklyn, NY 11220

        Attorney for Debtor
        Bruce Weiner
        Rosenberg, Musso & Weiner, LLP
        26 Court Street
        Suite 2211
        Brooklyn, NY 11242

        Trustee
        Marianne DeRosa
        Standing Chapter 13 Trustee
        125 Jericho Tpke

Suite 105
Jericho, NY 11753

U.S. Trustee
U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date: August 27, 2018

Molly Miller
Bankruptcy Paralegal
Shapiro, DiCaro & Barak, LLC
Attorneys for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

Sworn to before me this
27th day of August, 2018

Notary Public

DEBORAH CALLAHAN
Notary Public, State of New York
Registration No. 01-CA6278202
Qualified in Suffolk County
Commission Expires 3/18 20 21