Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

September 19, 2018

Honorable Nancy Hershey Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

RE: Erick Gonzalez
      Chapter 13
      Case Number: 18-44118
      SD&B File Number: 18-074463

Dear Judge Lord:

This loss mitigation status letter is submitted on behalf of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Seterus"), a secured creditor of the above-referenced Debtor.

Seterus previously objected to loss mitigation, which this Court overruled at the hearing held on August 28, 2018. A Loss Mitigation Order was entered on September 3, 2018 [ECF Doc No. 24]. In response to the Loss Mitigation Order, our office promptly filed and served the Creditor Loss Mitigation Affidavit upon all parties on September 6, 2018 [ECF Doc No. 26].

We have not yet received the initial financial package from the Debtor's Attorney in order to begin review for a loan modification. Upon receipt, we will promptly forward same to Seterus to commence review.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,


/s/ Katherine Heidbrink
Katherine Heidbrink

ATTORNEYS AT LAW

Katherine Heidbrink, Bankruptcy Attorney    Direct (631) 844-9611 ext. 3028    kheidbrink@logs.com

ROCHESTER OFFICE    175 Mile Crossing Boulevard    Rochester, NY 14624    PHONE (585) 247-9000    FAX (585) 247-7380